

**eiber translations, inc.**
TRANSLATORS & INTERPRETERS

99 Powerhouse Road, Suite 100
Roslyn Heights, New York 11577
516.498.1111 / 718.463.2900
Fax: 516.498.2390
billing@eibertranslations.com

# INVOICE

| Bill To : | Invoice No. : | 15/56167 |
|---|---|---|
| Justin A. Zeller, Esq.<br>277 Broadway - Suite 408<br>New York, NY 10007<br>Attn: Accounts Payables | Invoice Date : | 12/16/2015 |
| | Job Date: | 11/4/2015 |

| Item | DESCRIPTION | Amount |
|---|---|---|
| Language - | Hebrew | 441.00 |
| Held at - | Justin A. Zeller, Esq., 277 Broadway, New York, NY | |
| Appearances- | Justin A. Zeller, Esq. / By: Brandon D. Sherr, Esq. | |
| In the matter entitled - | Eldiberto Carvente, et al. v. Chaya Mushkah Restaurant Corp. | |
| Witness | Adam Bazes | |
| File No. - | 0 7 5 7 | |
| Billing Data - | 11:00 AM to 3:10 PM<br>4.5 Hours @ $98.00 Per Hour | |

| Terms: NET 30 DAYS | **Total** | **$441.00** |
|---|---|---|

TEAR OFF — TEAR OFF

**Please detach and return with payment**

Please remit payment to:
Eiber Translations, Inc.
99 Powerhouse Road, Suite 100
Roslyn Heights, NY 11577

| Invoice # | 15/56167 |
|---|---|
| Job Date | 11/4/2015 |
| Invoice Date | 12/16/2015 |

**Total** $441.00

Tax ID No.: 20-5015354