

**TRANSLATORS & INTERPRETERS**

99 Powerhouse Road - Suite 100
Roslyn Heights, New York 11577
Tel: (516) 498-1111
Fax: (516) 498-2390
info@eibertranslations.com
www.eibertranslations.com

# INVOICE

| Bill To: | | Invoice No.: | 16/57295 |
|---|---|---|---|
| Justin A. Zeller, Esq.<br>277 Broadway - Suite 408<br>New York, NY 10007<br>Attn: Accounts Payables | | Invoice Date: | 3/4/2016 |
| | | Job Date: | 1/18/2016 |

| Item | DESCRIPTION | Amount |
|---|---|---|
| Language - | Court Certified Spanish Interpreter | 1,095.00 |
| Held at - | Location # (1) Justin A. Zeller, Esq., 277 Broadway, New York, NY<br>Location # (2) SDNY Courthouse, 500 Pearl Street, New York, NY | |
| Appearances- | Justin A. Zeller, Esq. | |
| In the matter entitled - | Caravante-Avile, et al v. Hushkah Restaurant, et al | |
| Witness | Cristian Fernandez<br>Pascual Chuqoi Cortez<br>Rigoberto Valdon-Barrios<br>Edilberto Carvente-Avile<br>Edwain Rivera<br>Samuel Caballero Perez | |
| File No. - | 0757 | |
| Billing Data - | 8:30 AM to 4:20 PM<br><br>Business Day Rate: [Up to Eight (8) Hours]: $1,095.00 | |

| Terms: NET 30 DAYS | Total | $1,095.00 |
|---|---|---|

**Please detach and return with payment**

Please remit payment to:
Eiber Translations, Inc.
99 Powerhouse Road, Suite 100
Roslyn Heights, NY 11577

| Invoice # | 16/57295 |
|---|---|
| Job Date | 1/18/2016 |
| Invoice Date | 3/4/2016 |

| Total | $1,095.00 |
|---|---|

Tax ID No.: 20-5015354