

TRANSLATORS & INTERPRETERS

99 Powerhouse Road - Suite 100
Roslyn Heights, New York 11577
Tel: (516) 498-1111
Fax: (516) 498-2390
info@eibertranslations.com
www.eibertranslations.com

# INVOICE

| Bill To : | Invoice No. : | 16/57606 |
|---|---|---|
| Justin A. Zeller, Esq.<br>277 Broadway - Suite 408<br>New York, NY 10007<br>Attn: Accounts Payables | Invoice Date : | 3/14/2016 |
| | Job Date: | 2/22/2016 |

| Item | DESCRIPTION | Amount |
|---|---|---|
| Language - | Federal Court Certified Spanish Interpreter | 1,095.00 |
| Held at - | SDNY Courthouse, 500 Pearl Street, New York, NY<br>Judge Forest | |
| Appearances- | Justin A. Zeller, Esq. / By: Brandon Sherr, Esq. | |
| In the matter entitled - | Caravante-Avile, et al v. Chaya Mushkah Restaurant, et al | |
| File No. - | 0 7 5 7 | |
| Billing Data - | 12:00 PM to 3:20 PM<br><br>$1,095.00 - Business Day Rate - (Up to Eight (8) Hours)<br>(Rate approved by Brandon Sherr, Esq.) | |

| Terms:  NET 30 DAYS | Total | $1,095.00 |
|---|---|---|

**Please detach and return with payment**

Please remit payment to:
Eiber Translations, Inc.
99 Powerhouse Road, Suite 100
Roslyn Heights, NY 11577

| Invoice # | 16/57606 |
|---|---|
| Job Date | 2/22/2016 |
| Invoice Date | 3/14/2016 |

| **Total** | $1,095.00 |
|---|---|

Tax ID No.: 20-5015354